UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br>        Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF GLADYS W. SPATES N/K/A GLADYS WELLS; CLARA RICH; WALTER WELLS; JEWEL POGUE WILSON; UNKNOWN HEIRS and LEGATEES of GLADYS W. SPATES N/K/A GLADYS WELLS; STATE OF ILLINOIS DEPARTMENT OF HEALTH CARE AND FAMILY SERVICES; ROBERT F. HARRIS AS COOK COUNTY PUBLIC GUARDIAN AND GUARDIAN OF GLADYS WELLS; UNKNOWN OWNERS and NONRECORD CLAIMANTS, <br>        Defendants. | Case No.: 13-cv-6315 <br><br> Judge: Robert W. Gettleman <br><br> Magistrate Judge: Mary Rowland |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on April 1, 2014, and on the following non-ECF filers by first class mailing:

William P. Butcher as Special Representative
of the Estate of Gladys W. Spate k/n/a Gladys Wells
2044 Ridge Road
Homewood, IL 60430

Clara Rich
1486 Chicago, Blvd.
Detroit, MI 48206

Jewel Pogue Wilson
764 E. 146th Street
Dolton, IL 60419

Walter Wells
11038 South Eberhart
Chicago, IL 60628

Robert Harris, as Cook County
Public Guardian
69 West Washington St., Suite 700
Chicago, IL 60602

Unknown Heirs and Legatees of
Gladys W. Spate k/n/a Gladys Wells
1750 East 84th Street
Chicago, IL 60617

State of Illinois Department of Health Care and Family Services
Linda Shumate, Local Office Administrator
401 South Clinton
Chicago, IL 60607

Unknown Owners and Non-Record Claimants
1750 East 84th Street
Chicago, IL 60617

    *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com